UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DESIGN BASICS, LLC** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | JURY DEMANDED |
| | : | |
| **FORINO CO., L.P.** | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## COMPLAINT

Design Basics, LLC, Plaintiff, files this Complaint against Forino Co., L.P., Defendant, and for its causes of action alleges the following:

### Parties

1. Design Basics, LLC is a Nebraska Limited Liability Company. Under Articles of Merger executed on July 1, 2009, Design Basics, LLC is the successor by merger to Design Basics, Inc., and as such is the owner of all assets (including copyrights, trade and service names, trade and service marks, and all causes of action) that Design Basics, Inc. owned as of that date. Design Basics, LLC and its predecessor (Design Basics, Inc.) will hereinafter be referred to as "Design Basics" or "Plaintiff."

2. Defendant, Forino Co., L.P. ("Forino" or "Defendant"), is a limited partnership organized under the laws of the Commonwealth of Pennsylvania with its principal place of business in Sinking Spring, Pennsylvania.

## Jurisdiction and Venue

3. This Court has subject matter jurisdiction of this case under 28 U.S.C. § 1338 because this action arises under federal copyright law, 17 U.S.C. § 101 et seq.

4. Venue is proper in this District under 28 U.S.C. § 1400(a) because the Defendant may be found in this District. Furthermore, or in the alternative, venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims at issue occurred in this District and the Defendant resides and does business in this District.

## Factual Background

5. Design Basics is a building design firm engaged in the business of creating, marketing, publishing, and licensing the use of "architectural works" (as that term is defined in the Copyright Act and the Architectural Works Copyright Protection Act of 1990 ("AWCPA")) and technical drawings depicting architectural works. The firm owns copyrights protecting the architectural works and technical drawings it has created.

6. Design Basics is the author and the owner of all copyrights in the following designs: Plan No. 1330 – Trenton; and Plan No. 1752 – Lancaster.

7. Design Basics registered the following copyrights with the United States Copyright Office:

| Title | Certificate of Registration |
|---|---|
| Plan No. 1330 – Trenton | VA 314-016[1] |
| Plan No. 1752 – Lancaster | VA 371-204[2] |

8. The foregoing works described in paragraphs 6-7 above will be referred to collectively as the "Copyrighted Works."

---

[1] *See* Exhibit A, Certificate of Copyright Registration for Plan No. 1330 – Trenton
[2] *See* Exhibit B, Certificate of Copyright Registration for Plan No. 1752 – Lancaster

9. For many years, the Copyrighted Works have been widely published nationwide, including in this District, in numerous Design Basics' plan books and publications. Additionally, each of the Copyrighted Works has been published in various online publications, including www.designbasics.com.

10. Each of the Copyrighted Works constitutes original material that is copyrightable under federal law.

11. Design Basics is currently, and at all relevant times has been, the sole owner of all right, title, and interest in and to the Copyrighted Works.

12. Defendant engaged, at least in part, in the business of creating, publishing, distributing, and advertising residential home designs through traditional print media, on the internet on sites such as http://www.forino.com, and in marketing, advertising, constructing, and selling homes built according to such designs.

13. Defendant published, distributed, marketed, and advertised certain architectural designs for residential homes, each consisting of a floor plan and exterior elevations that Defendant has identified and marketed under the following model names:

> The Nantucket
> The Rhode Island
> The San Diego
> The San Diego II

14. Defendant violated and continues to violate Design Basics' exclusive rights in each of the Copyrighted Works (including the right to reproduce, the right to prepare derivative works, and the right to sell) by copying, publishing, distributing, advertising, marketing, selling, or constructing in the marketplace plans, drawings, and houses that were copied or otherwise derived from the Copyrighted Works, as detailed below:

    a.    Defendant's "San Diego" and "San Diego II" (and any predecessors, copies, or derivatives of these models under the same names or a different name) infringe the Design Basics Plan No. 1752 – Lancaster (and any derivative thereof).

    b.    Defendant's "Nantucket" and "Rhode Island" (and any predecessors, copies, or derivatives of these models under the same names or a different name) infringe the Design Basics Plan No. 1330 – Trenton (and any derivatives thereof).

### Cause of Action

### Copyright Infringement

15. Design Basics complains of Defendant for copyright infringement, and incorporates paragraphs 1 through 14 above by reference.

16. Defendant's construction and sale of homes and creation of associated design and construction drawings based on Design Basics' Copyrighted Works has infringed and continues to infringe Design Basics' copyrights of the Copyrighted Works.

17. Defendant's creation and publication of non-pictorial representations based on Design Basics' Copyrighted Works have infringed and are infringing Design Basics' copyrights in the Copyrighted Works.

18. Design Basics is entitled to recover the actual damages it suffered as a result of the foregoing infringement and all of Defendant's profits from such infringement under 17 U.S.C. § 504(b).

19. In the alternative to the actual damages and infringer profits sought above, Design Basics is entitled to an award of statutory damages for all infringements of Design Basics' Copyrighted Works under 17 U.S.C. § 504(c).

20. Under 17 U.S.C. § 505, Defendant is liable for Plaintiff's costs and reasonable attorney's fees incurred in this action.

21. Additionally, under 17 U.S.C. § 502, Design Basics is entitled to preliminary and permanent injunctions prohibiting Defendant from further infringing on its copyrights, including but not limited to the further use of infringing plans; creation or use of derivative plans; and construction, sale, or rental of infringing structures.

22. Furthermore, this Court should issue an order under 17 U.S.C. § 503 directing the United States Marshal's Service to (a) impound all copies of the Copyrighted Works in possession of Defendant or its respective agents or contractors in violation of Plaintiff's exclusive rights, and (b) upon final hearing of this case, destroy or otherwise dispose of those copies.

## Conditions Precedent

23. With respect to all counts, Design Basics generally avers that all conditions precedent to its rights of recovery have occurred or been performed, or have been waived or excused by Defendant.

## Jury Demand

24. Pursuant to Federal Rule of Civil Procedure 38, Design Basics respectfully demands trial by jury of all issues so triable.

## Prayer

WHEREFORE, Design Basics, LLC prays that Defendant, Forino Co., L.P., be cited to appear and answer, and that upon final trial it have and recover from Defendant as set forth

above, that it have permanent injunctive relief against Defendant as requested herein, and that it have such and other relief as it may show itself to be entitled.

|  |  |
|---|---|
| Dated: November 4, 2015 | Respectfully submitted,<br><br>*/s/ Paul J. Kennedy*<br>Paul J. Kennedy<br>Jay Dubow<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>Tel.: 215-981-4000<br>Email: kennedyp@pepperlaw.com<br>   dubowj@pepperlaw.com<br><br>Rick L. Lambert (Texas Bar No. 11844725)<br>Kelly D. Utsinger (Texas Bar No. 20416500)<br>Jennie C. Knapp (Texas Bar No. 24069350)<br>Underwood Law Firm P.C.<br>500 S. Taylor, Suite 1200 LB 233<br>Amarillo, TX 79105<br>Tel:  806-379-5613<br>Email: rick.lambert@uwlaw.com<br>   kelly.utsinger@uwlaw.com<br>   jennie.knapp@uwlaw.com<br>*Pro hac motions pending*<br><br>*ATTORNEYS FOR PLAINTIFF*<br>*DESIGN BASICS, LLC* |

# EXHIBIT "A"

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 314 016**

VA   VAU

EFFECTIVE DATE OF REGISTRATION

**AUG 18 1988**

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1
**TITLE OF THIS WORK ▼**
Plan Number 1330 - Trenton

**NATURE OF THIS WORK ▼** See instructions
Blueprints

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

### 2
**a  NAME OF AUTHOR ▼**
Design Basics, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer.

**b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

### 3
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1988 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 8   Day ▶ 10   Year ▶ 88
U.S.A. ◀ Nation

### 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Design Basics, Inc.
417 Hillcrest Landing
Ralston, NE  68127

**APPLICATION RECEIVED**
AUG 18 1988
**ONE DEPOSIT RECEIVED**
AUG 18 1988
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

VA  314 016

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Design Basics, Inc.
417 Hillcrest Landing
Ralston, NE  68127

Area Code & Telephone Number ▶ (402) 331-9223

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Design Basics, Inc.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Dennis Brozak                        date ▶ August 15, 1988

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
Design Basics, Inc.
Number/Street/Apartment Number ▼
417 Hillcrest Landing
City/State/ZIP ▼
Ralston, NE  68127

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1985: 461-584/20,002                                                                    June 1985—100,000

# EXHIBIT "B"

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 371 204**

VA / VAU

EFFECTIVE DATE OF REGISTRATION

**OCT 11 1989**
Month / Day / Year

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS

Received 12/28/89

**OFFICIAL DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1. TITLE OF THIS WORK
Plan No. 1752 - Lancaster

**NATURE OF THIS WORK**
Blueprints

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give: Volume / Number / Issue Date / On Pages

## 2. NAME OF AUTHOR
a. Design Basics, Inc.

**DATES OF BIRTH AND DEATH**
Year Born / Year Died

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

b. NAME OF AUTHOR

**DATES OF BIRTH AND DEATH**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

c. NAME OF AUTHOR

**DATES OF BIRTH AND DEATH**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

## 3. YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1989 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ September Day ▶ 15 Year ▶ 1989
U.S.A. ◀ Nation

## 4. COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

Design Basics, Inc.
417 Hillcrest Landing
Ralston, NE 68127

APPLICATION RECEIVED
OCT 11 1989
ONE DEPOSIT RECEIVED
OCT 11 1989
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

☐ DEPOSIT ACCOUNT
    FUNDS USED

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

VA  371 204

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                         Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼
Design Basics, Inc.
417 Hillcrest Landing
Ralston, NE  68127

Area Code & Telephone Number ▶ (402) 331-9223

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Design Basics, Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Dennis Brozak                                                           date ▶ September 15, 1989

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
Design Basics, Inc.
Number/Street/Apartment Number ▼
417 Hillcrest Landing
City/State/ZIP ▼
Ralston, NE  68127

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1985: 481-584/20,002                                           June 1985—100,000